# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN KEITH CRENSHAW, | Case No. EDCV 10-1672-GAF (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TIMOTHY E. BUSBY, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: May 5, 2011

GARY A. FEESS
UNITED STATES DISTRICT JUDGE